ERIC D. WILSON
503.778.2166
wilsone@lanepowell.com

November 5, 2007

The Honorable Ann Aiken
U.S. District Court Judge
U.S. District Court for the District of Oregon
Wayne L. Morse U.S. Courthouse
405 E Eighth Avenue, Room 2100
Eugene, OR  97401-2712

Re:   *Crawford v. Home Depot U.S.A., Inc.*
       United States District Court Case No. 06-01305-AA
       Our File No. 106666.0986

Dear Judge Aiken:

This letter is to notify the Court that the parties have reached a settlement in the above-entitled matter, pending final approval of the written terms of a release.  The parties presently anticipate being able to file a notice of dismissal within 45 days.

                                Sincerely,

                                LANE POWELL PC


                                 S/ ERIC D. WILSON

                                Eric D. Wilson

EDW:pkg
cc:    Scott Franke, Esq. (Attorney for Plaintiff)
106666.0986/674957.1